S.D.N.Y.-N.Y.C.
04-cv-4151
Hellerstein, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand fifteen.

Present:
    Richard C. Wesley,
    Peter W. Hall,
    Denny Chin,
        *Circuit Judges*.

American Civil Liberties Union, et al.,

    *Plaintiffs-Appellees*,

v.                                                           15-1606

United States Department of Defense, et al.,

    *Defendants-Appellants*,

United States Department of Health and Human Services, et al.,

    *Defendants*.

Appellants move for a stay pending appeal. It is hereby ORDERED that Appellants' motion is GRANTED and the district court's order is STAYED for the duration of the appeal. *See In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

It is further ORDERED that the parties comply with the following expedited briefing schedule: Appellants' opening brief must be filed by July 2, 2015; Appellees' responding brief must be filed within 30 days after the filing of Appellants' opening brief; and Appellants' reply brief must be filed within 14 days after the filing of Appellees' responding brief.

                              FOR THE COURT:
                              Catherine O'Hagan Wolfe, Clerk

