**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: June 02, 2015
Docket #: 15-1606cv
Short Title: American Civil Liberties Union v.
Department of Defense

DC Docket #: 04-cv-4151
DC Court: SDNY (NEW YORK CITY)
DC Judge: Hellerstein

**NOTICE OF EXPEDITED APPEAL**

Appellants' brief is due no later than July 2, 2015, 30 days from the date of this notice. Appellees' briefs are due no later than 30 days from the filing date of Appellants' brief. Absent extraordinary circumstances, the Court will not grant a motion to extend the time to file a brief. See Local Rule 27.1(f)(1).

Inquiries regarding this case may be directed to 212-857-8541.